UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

Case No. 2:18-cr-30

DAVID ALLEN BRUNK

# ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ____DAVID ALLEN BRUNK____, who is accused of an offense or violation based on the following document filed with the court:

[] Indictment    [] Superseding Indictment    [] Information    [] Superseding Information    [] Complaint
[] Probation Violation Petition    [] Supervised Release Violation Petition    [] Violation Notice    [X] Order of the Court

This offense is briefly described as follows:

Violation of the terms/conditions of bond



Date: December 8, 2021
City and state: Kalamazoo, Michigan

Paul L. Maloney , United States District Judge
*Name and title of issuing officer*

## Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
|---|

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*