UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.                                    Case No. 2:18-cr-30

DAVID ALLEN BRUNK

# ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary

delay *(name of person to be arrested)* ____DAVID ALLEN BRUNK____, who is accused of an offense

or violation based on the following document filed with the court:

[] Indictment       [] Superseding Indictment    [] Information    [] Superseding Information       [] Complaint
[] Probation Violation Petition    [] Supervised Release Violation Petition    [] Violation Notice    [X] Order of the Court

This offense is briefly described as follows:

Violation of the terms/conditions of bond

Date:   December 8, 2021
City and state:  Kalamazoo, Michigan

____Paul L. Maloney , United States District Judge____
*Name and title of issuing officer*

| Return |
| --- |

This warrant was received on *(date)*____12/8/21____, and the person was arrested on

*(date)*____12/13/21____ at *(city and state)*____Oneida Co____.

Date: ____12/13/21____    _____
                          *Arresting officer's signature*

                          _____
                          *Printed name and title*