UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.                                      Case No. 2:18-cr-30

DAVID ALLEN BRUNK

# ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary

delay *(name of person to be arrested)*     __DAVID ALLEN BRUNK__   , who is accused of an offense

or violation based on the following document filed with the court:

[] Indictment        [] Superseding Indictment     [] Information     [] Superseding Information        [] Complaint
[] Probation Violation Petition    [] Supervised Release Violation Petition    [] Violation Notice    [X] Order of the Court

This offense is briefly described as follows:

Violation of the terms/conditions of bond



Date:   December 8, 2021
City and state:  Kalamazoo, Michigan

__Paul L. Maloney , United States District Judge__
*Name and title of issuing officer*

| **Return** |
|---|
| This warrant was received on *(date)*_____ , and the person was arrested on *(date)*_____ at *(city and state)*_____ . |

Date: _____          _____
                                       *Arresting officer's signature*

                                       _____
                                       *Printed name and title*